An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

ALICE HARLEY,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK; AND THE HONORABLE
ADRIANA ESCOBAR, DISTRICT
JUDGE,
Respondents,
and
PACIFIC INDEMNITY COMPANY AS
SUBROGEE OF HORACE MANN
COMPANIES; AND GAUGHAN SOUTH
LLC, D/B/A SOUTH POINT HOTEL
AND CASINO,
Real Parties in Interest.

No. 67217

**FILED**

FEB 1 3 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

### ORDER DENYING PETITION FOR WRIT OF MANDAMUS

Having considered this original petition for a writ of mandamus challenging a district court's order denying a motion to intervene in a subrogation action, we conclude that extraordinary relief is not warranted. NRAP 21(b)(1); *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 844 (2004); *see Dangberg Holdings Nev., L.L.C. v. Douglas Cnty.*, 115 Nev. 129, 141, 978 P.2d 311, 318 (1999) (explaining that the timeliness of a motion to intervene is a matter within the sound discretion of the district court).

It is so ORDERED.

_____, J.
Saitta

_____, J.
Gibbons

_____, J.
Pickering

15-04947

cc: Hon. Adriana Escobar, District Judge
Patrick N. Chapin
Murchison & Cumming, LLC/Las Vegas
Cisneros & Marias
Eighth District Court Clerk